# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

CHARLES R. SMITH                                                                                    PLAINTIFF

v.                                        Case No. 3:18-cv-00058 KGB

BNSF RAILWAY COMPANY                                                                   DEFENDANT

## ORDER

Before the Court is parties' joint motion for trial continuance and extension of deadlines in initial scheduling order (Dkt. No. 9). The parties request that the trial date be continued because counsel for plaintiff Charles R. Smith has a conflict with the proposed trial date and would not be available at that time for trial (*Id.*, ¶ 3). This case is set for trial the week of April 15, 2019. The parties represent that they have been in communication and cooperating toward the purpose of coming to an agreement for a new trial date and are requesting that trial be continued until August 2019 (*Id.*, ¶ 5). The parties also request that corresponding deadlines both in the initial scheduling order and those based off the proposed trial date be continued accordingly as well (*Id.*). For good cause shown, the Court grants the parties' motion (Dkt. No. 9). This matter will be removed from this Court's trial calendar for the week of April 15, 2019. The Court will issue a Final Scheduling Order with the new trial date by separate order.

So ordered this 9th day of July, 2018.

_____
Kristine G. Baker
United States District Judge