IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**CHARLES R. SMITH**                                                              **PLAINTIFF**

v.                         Case No. 3:18-cv-00058 KGB

**BNSF RAILWAY COMPANY**                                                          **DEFENDANT**

## ORDER

Before the Court is a motion for admission *pro hac vice* of attorney Scott M. Gershenson filed by plaintiff Charles R. Smith (Dkt. No. 17). Pursuant to the Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas, the Court grants the motion to admit Mr. Greshenson *pro hac vice*. Local Rule 83.5(d). Mr. Greshenson shall appear as counsel for Mr. Smith.

So ordered this the 19th day of September, 2018.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge