UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| CHARLES R. SMITH, | ) |
| Plaintiff, | ) |
| v. | ) Case No: 3:18-CV-00058 |
| BNSF RAILWAY COMPANY, | ) |
| Defendant. | ) |

## STIPULATION FOR DISMISSAL

The above-captioned action having been fully settled between the parties, it is stipulated the same may be dismissed with prejudice, each party is to bear their own costs, this 27th day of February, 2020.

SCHLICHTER BOGARD & DENTON, LLP     BOYLE BRASHER LLC

/s/ *Nelson G. Wolff*
Nelson G. Wolff ABN #2006002
Scott M. Gershenson
100 South Fourth Street, Suite 1200
St. Louis, Missouri 63102
Tel: (314) 621-6115
Fax: (314) 621-7151
*nwolff@uselaws.com*
*sgershenson@uselaws.com*
Attorneys for Plaintiff

/s/ *Camille Reifers*
S. Camille Reifers
Brooks E. Kostakis
Boyle Brasher LLC
80 Monroe Avenue, Suite 410
Memphis, Tennessee 38103
(901) 521-2860
(901) 509-4732 (direct)
*creifers@boylebrasher.com*
*bkostakis@boylebrasher.com*
Attorneys for Defendant BNSF Railway Co.